No. 315. ROYAL INSURANCE CO., LTD., ET AL. *v.* EASTHAM. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Louis M. Denit* and *Leonard J. Ganse* for petitioners. *Mr. Niel P. Sterne* for respondent.

No. 31. BEKINS ET AL. *v.* PACIFIC SAVINGS & LOAN ASSN. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Arthur I. Moulton* for petitioners. *Mr. Erskine Wood* for respondent.

No. 33. CHESAPEAKE & OHIO RY. CO. *v.* MEARS, ADMINISTRATRIX. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. David H. Leake* and *Wm. Leigh Williams* for petitioner. *Mr. James Mann* for respondent.

No. 34. CONTINENTAL NATIONAL BANK ET AL. *v.* NATIONAL CITY BANK OF NEW YORK. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles W. Collins* and *William C. Day* for petitioners. *Mr. E. E. Bacon* for respondent.

No. 40. MCLAUGHLIN & FREEMAN *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Messrs. Malcolm Donald* and *Joseph F. Lockett* for

petitioner. *Solicitor General Biggs,* and *Assistant Attorney General Lawrence* for the United States.

No. 41. MISSOURI PACIFIC R. Co. *v.* CREIGHTON. October 8, 1934. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. *Messrs. Edward J. White, Thomas J. Cole,* and *D. C. Chastain* for petitioner. *Mr. Walter J. Gresham* for respondent.

Nos. 43 and 44. WINGERT *v.* SMEAD ET AL., TRUSTEES IN BANKRUPTCY. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Miller Wingert* for petitioner. · No appearance for respondents.

No. 45. JONES *v.* FOSTER. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry Roberts* for petitioner. *Mr. George S. Shackelford, Jr.,* for respondent.

No. 46. AMERICAN TEXTILE WOOLEN Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. J. Robert Sherrod* and *Charles A. Noone* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Charles W. Bunn, James W. Morris,* and *John H. McEvers* for respondent.